IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–112–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JAMES WAYNE WATSON, | |
| Defendant. | |

Before the Court is the Motion to Withdraw as Attorney filed by Defendant James Wayne Watson's current CJA panel attorney, Lisa Bazant. (Doc. 59.) Given the substance of that filing, as well as that of recent ex parte letters filed by Watson himself, the court finds that a hearing on the motion is unnecessary and that the attorney-client relationship is fundamentally broken.

Accordingly, IT IS ORDERED that the motion (Doc. 59) is GRANTED. Bazant is relieved of all future legal duties to Watson.

IT IS FURTHER ORDERED that the Clerk of Court shall serve a copy of this Order upon the Federal Defenders of Montana, who shall locate conflict-free counsel. The CJA counsel selected shall file a notice of appearance within three business days of selection.

1

IT IS FURTHER ORDERED that on or before January 20, 2020, CJA counsel shall file a notice withdrawing, supplementing, and/or replacing the previously filed motion to suppress (Doc. 53). The government shall file its response brief on or before February 3, 2020.

IT IS FURTHER ORDERED that the trial set for January 13, 2020 and all associated deadlines are VACATED. Trial and pretrial deadlines will be reset following receipt of the new CJA attorney's filing regarding suppression.

DATED this 2nd day of January, 2020.

Dana L. Christensen, Chief District Judge
United States District Court