IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–112–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JAMES WAYNE WATSON, | |
| Defendant. | |

Before the Court is the Government's Unopposed Motion to Dismiss Indictment.  (Doc. 105.)

IT IS ORDERED that the Indictment in this case is DISMISSED without prejudice.

DATED this 14th day of July, 2020.

Dana L. Christensen, District Judge
United States District Court

1